IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 1 2023

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. CR 1:18-03890-002 JB |
| MEGAN NICHOLE BICONDOVA, ) | |
| Defendant. ) | |

### ORDER CONTINUING SENTENCING

This matter is before the Court on Defendant's Unopposed Motion to Continue. There being good cause shown by the Defendant and there being no objection by the government, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the sentencing hearing in this matter currently scheduled for June 13, 2023 is continued and will be rescheduled for August 9, 2023 at 1:30 PM

_____
HONORABLE JAMES O. BROWNING
United States District Judge

Prepared and submitted by:
Aric G. Elsenheimer
Assistant Federal Public Defender